No. 267. STATE SAVINGS & COMMERCIAL BANK, PLAINTIFF IN ERROR, *v.* ALDEN ANDERSON ET AL. In error to the Supreme Court of the State of California. Argued May 6, 1915. Decided May 10, 1915. *Per Curiam.* Judgment affirmed, with costs, upon the authority of *Engel* v. *O'Malley*, 219 U. S. 128; *Noble State Bank* v. *Haskell*, 219 U. S. 104. *Mr. C. M. Jennings* and *Mr. Arthur Crane* for the plaintiff in error. *Mr. A. A. De Ligne* and *Mr. U. S. Webb* for the defendants in error.